FILED
2007 FEB -8 AM 10: 30

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 06-1717 M |
| v. | |
| Michael Joseph PEPE | |
| DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE. U.S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  02/07/2007  6:45 / 7:00  ☐ AM / ☒ PM

2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):

   18 USC 2423(c) - Engaging in Illicit Sexual Conduct in Foreign Places

3. Offense charged is a  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

4. U.S. Citizen:  ☒ Yes  ☐ No  ☐ Unknown

5. Year of Birth: 1953

6. The defendant is:
   ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal – In custody on another conviction.
   ☐ State – In custody awaiting trial on these charges.

7. Place of detention (if out-of-district): _____

8. Date detainer placed on defendant: _____

9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)

10. Name of Pretrial Services Officer: Duty

11. Remarks (if any): _____

12. Date: 02/08/2007

13. Signature: [signed]

14. Name: Eddy Wang

15. Title: Special Agent

CR-64 (07/05)        REPORT COMMENCING CRIMINAL ACTION